

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  NEWARK

December 21, 2021

**Re: U.S.A. -v-  ABUAL-RAGHEB**
**Our Docket No.   2:21-cr-00935-MCA**
**Your Docket No.  1:21CR43-001**

**Dear Clerk:**

Enclosed please find a Transfer of Jurisdiction Order (Prob. 22 Form) to the District of New Jersey from your District.  Please note that the matter has been filed in this District and assigned the above referenced docket number.  The Complaint, Judgment and Docket Sheet have been retrieved via PACER.  Please forward any additional necessary documents.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *Michael Dixon*
Michael Dixon
Deputy Clerk

Cc: U.S. Probation
File