APPEAL,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00043-CJN-1

Case title: USA v. ABUAL-RAGHEB

Magistrate judge case number: 1:21-mj-00100-RMM

Date Filed: 01/28/2021

---

Assigned to: Judge Carl J. Nichols

Appeals court case number: 21-3093

### Defendant (1)

| | |
|---|---|
| **RASHA N. ABUAL-RAGHEB**<br>*also known as*<br>RASHA ABU | represented by **Elita C. Amato**<br>ATTORNEY AT LAW<br>2111 Wilson Blvd.<br>Suite 8th Floor<br>Arlington, VA 22201<br>703-522-5900<br>Fax: 703-997-7775<br>Email: amato.law@comcast.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building<br>(1) | Dismissed on motion by the Government. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building<br>(2) | Dismissed on motion by the Government. |
| 40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Violent Entry and Disorderly Conduct in a Capitol Building<br>(3) | Dismissed on motion by the Government. |
| 40:5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | Defendant Sentenced to Thirty-Six (36) Months of Probation (with conditions). Defendant further Ordered to pay $500.00 Restitution and $10.00 Special Assessment. No fine imposed. |

### Highest Offense Level (Opening)

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**

COMPLAINT in VIOLATION of 18 U.S.C. § 1752 (a)(1), (2); 40 U.S.C. § 5104(e)(2)(D), (G)

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael Charles Liebman**<br>U. S. ATTORNEY'S OFFICE<br>555 Fourth Street, NW<br>Room 9106<br>Washington, DC 20530<br>(202) 252–7243<br>Fax: (202) 353–9415<br>Email: michael.liebman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2021 | 1 | SEALED COMPLAINT as to RASHA N. ABUAL–RAGHEB (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/17/2021 | 3 | MOTION to Seal Case by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/17/2021 | 4 | ORDER granting 3 Motion to Seal Case as to RASHA N. ABUAL–RAGHEB (1). Signed by Magistrate Judge Robin M. Meriweather on 1/17/2021. (zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/19/2021 | 5 | MOTION to Unseal Case by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00100–RMM] (Entered: 01/19/2021) |
| 01/19/2021 | | Arrest of RASHA N. ABUAL–RAGHEB in District of New Jersey. (zpt) (Entered: 02/01/2021) |
| 01/19/2021 | | Arrest of RASHA N. ABUAL–RAGHEB in US District Court for the District of New Jersey. (bb) (Entered: 02/11/2021) |
| 01/20/2021 | 13 | Rule 5(c)(3) Documents Received as to RASHA N. ABUAL–RAGHEB from US District Court for the District of New Jersey Case Number 21–mj–12003– JBC (bb) (Entered: 02/11/2021) |
| 01/21/2021 | 6 | ORDER Granting 5 MOTION to Unseal Case by USA as to RASHA N. ABUAL–RAGHEB (1). Signed by Magistrate Judge G. Michael Harvey on 1/21/2021. (zpt) [1:21–mj–00100–RMM] (Entered: 01/21/2021) |
| 01/21/2021 | | Case unsealed as to RASHA N. ABUAL–RAGHEB (bb) [1:21–mj–00100–RMM] (Entered: 01/21/2021) |
| 01/25/2021 | 10 | Arrest Warrant Returned Executed on 1/25/2021 as to RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | | ORAL MOTION to Appoint Counsel by RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | | ORAL MOTION for Speedy Trial Waiver by RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |

| | | |
|---|---|---|
| 01/25/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to RASHA N. ABUAL–RAGHEB (1) held on 1/25/2021. Oral Motion to Appoint Counsel by RASHA N. ABUAL–RAGHEB (1) Heard and Granted. Oral Motion for Speedy Trial Waiver by RASHA N. ABUAL–RAGHEB (1) Time between 1/25/2021 and 2/22/2021 (28 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X–T. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR–Gold FTR Time Frame: CTRM 5 [3:54:21–4:06:32], [4:49:54–4:57:24]; ; Defense Attorney: Elita Amato; US Attorney: Kelly Smith; Pretrial Officer: Andre Sidbury; (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | 11 | ORDER Setting Conditions of Release as to RASHA N. ABUAL–RAGHEB (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 1/25/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 02/08/2021) |
| 01/25/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/25/2021. (zpt) (Entered: 02/09/2021) |
| 01/28/2021 | 8 | INFORMATION as to RASHA N. ABUAL–RAGHEB (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 02/01/2021) |
| 02/18/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB: Arraignment / Status Conference set for 2/22/2021 at 02:30 PM in Telephonic/VTC before Judge Carl J. Nichols. So Ordered by Judge Carl J. Nichols on 2/18/2021. (zcal) (Entered: 02/18/2021) |
| 02/19/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB (1) In light of the fact that Magistrate Case for defendant RASHA N. ABUAL–RAGHEB has closed and merged into Criminal Number 21–43, and an information has been filed, the preliminary hearing previously scheduled for February 22, 2021 before Judge Meriweather is VACATED. The parties are respectfully directed to address any scheduling request to the presiding district judge, Judge Carl J. Nichols. Signed by Magistrate Judge Robin M. Meriweather on 2/19/2021. (zpt) (Entered: 02/22/2021) |
| 02/22/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference / Arraignment as to RASHA N. ABUAL–RAGHEB (1): Count 1,2,3,4 held on 2/22/2021. Not Guilty Plea entered. Speedy Trial as to RASHA N. ABUAL–RAGHEB is Excluded from 2/22/2021 to 4/27/2021, in the Interest of Justice. Status Conference set for 4/27/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 02/22/2021) |
| 03/25/2021 | 15 | Unopposed MOTION for Protective Order by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Liebman, Michael) (Entered: 03/25/2021) |
| 04/26/2021 | | MINUTE ORDER. After review of the government's 15 Motion for Protective Order, it is hereby ORDERED that the Motion is DENIED without prejudice. While the Court is otherwise prepared to approve the proposed Protective Order, paragraph 4.d, for the filing of documents under seal, appears to be inconsistent with Local Rule of Criminal Procedure 49(f)(6)(i), which requires an accompanying motion for leave to file under seal. Signed by Judge Carl J. Nichols on April 26, 2021. (lccjn1) (Entered: 04/26/2021) |
| 04/27/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL–RAGHEB held on 4/27/2021. Speedy Trial as to RASHA N. ABUAL–RAGHEB is Excluded from 4/27/2021 to 6/28/2021, in the Interest of Justice, XT. Status Conference set for 6/28/2021 at 02:30 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 04/27/2021) |

| | | |
|---|---|---|
| 04/28/2021 | 17 | Consent MOTION for Protective Order *(amended) governing discovery* by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order governing discovery)(Liebman, Michael) (Entered: 04/28/2021) |
| 06/24/2021 | 18 | PROTECTIVE ORDER. Signed by Judge Carl J. Nichols on June 24, 2021. (lccjn1) (Entered: 06/24/2021) |
| 06/28/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL–RAGHEB held on 6/28/2021. Speedy Trial as to RASHA N. ABUAL–RAGHEB is Excluded from 6/28/2021 to 8/11/2021, in the Interest of Justice, XT. Status Conference set for 8/11/2021 at 02:30 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lisa Bankins; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 06/28/2021) |
| 08/11/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL–RAGHEB held on 8/11/2021. Speedy Trial as to RASHA N. ABUAL–RAGHEB is Excluded from 8/11/2021 to 8/23/2021, in the Interest of Justice, XT. Plea Agreement Hearing set for 8/23/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 08/11/2021) |
| 08/23/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Plea Agreement Hearing as to RASHA N. ABUAL–RAGHEB held on 8/23/2021. GUILTY Plea entered by RASHA N. ABUAL–RAGHEB (1) as to Count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to RASHA N. ABUAL–RAGHEB. Sentencing Memorandum due by 11/2/2021. Sentencing set for 11/9/2021 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 22 | PLEA AGREEMENT as to RASHA N. ABUAL–RAGHEB. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 23 | STATEMENT OF OFFENSE by USA as to RASHA N. ABUAL–RAGHEB. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 24 | WAIVER of Trial by Jury as to RASHA N. ABUAL–RAGHEB. Approved by Judge Carl J. Nichols on 8/23/2021. (zcal) (Entered: 08/25/2021) |
| 09/24/2021 | 25 | Unopposed MOTION to Continue *sentencing* by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Liebman, Michael) (Entered: 09/24/2021) |
| 09/27/2021 | | MINUTE ORDER. Upon consideration of the United States' 25 Unopposed Motion to Continue Sentencing, that motion is GRANTED. It is ORDERED that the sentencing date of November 9, 2021, is VACATED and sentencing is rescheduled for November 23, 2021, at 3:00 P.M., and is to be conducted via videoconference. Signed by Judge Carl J. Nichols on September 27, 2021. (lccjn1) (Entered: 09/27/2021) |
| 09/27/2021 | | Set/Reset Hearings as to RASHA N. ABUAL–RAGHEB: Sentencing RESET for 11/23/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 09/28/2021) |
| 10/30/2021 | 27 | SENTENCING MEMORANDUM by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 10/30/2021) |
| 11/02/2021 | 28 | SENTENCING MEMORANDUM by RASHA N. ABUAL–RAGHEB (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Amato, Elita) (Entered: 11/02/2021) |
| 11/04/2021 | 29 | MOTION to File Under Seal by RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Amato, Elita) Modified event title on 11/4/2021 (zstd). (Entered: 11/04/2021) |

| | | |
|---|---|---|
| 11/05/2021 | | MINUTE ORDER. Upon consideration of Defendant RASHA N. ABUAL–RAGHEB'S 29 Motion to File Under Seal, it is ORDERED that the Motion is GRANTED. It is further ORDERED the Sealed Supplement may be filed under seal. Signed by Judge Carl J. Nichols on November 5, 2021. (lccjn1) (Entered: 11/05/2021) |
| 11/06/2021 | 31 | NOTICE *of discovery* by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 11/06/2021) |
| 11/06/2021 | 32 | NOTICE *of discovery* by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 11/06/2021) |
| 11/17/2021 | 35 | NOTICE *of Filing of Exhibit* by RASHA N. ABUAL–RAGHEB re 28 Sentencing Memorandum (Attachments: # 1 Exhibit)(Amato, Elita) (Entered: 11/17/2021) |
| 11/21/2021 | 36 | NOTICE *of submission of sentg exhibits* by USA as to RASHA N. ABUAL–RAGHEB (Attachments: # 1 Exhibit sentencing exhibits)(Liebman, Michael) (Entered: 11/21/2021) |
| 11/23/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Sentencing held on 11/23/2021 as to RASHA N. ABUAL–RAGHEB (1). Count 4. Counts 1, 2, 3 Dismissed on motion by the Government. Defendant Sentenced to Thirty–Six (36) Months of Probation (with conditions). Defendant further Ordered to pay $500.00 Restitution and $10.00 Special Assessment. No fine imposed. Bond Status of Defendant: Defendant Sentenced to Probation; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman; Probation Officer: Sherry Baker. (zcal) (Entered: 11/24/2021) |
| 11/30/2021 | 39 | MOTION to Alter Judgment –*modify start time of home detention* by RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Amato, Elita) (Entered: 11/30/2021) |
| 11/30/2021 | 40 | JUDGMENT as to RASHA N. ABUAL–RAGHEB. Statement of Reasons Not Included. Signed by Judge Carl J. Nichols on 11/30/2021. (zstd) (Entered: 12/01/2021) |
| 11/30/2021 | 41 | STATEMENT OF REASONS as to RASHA N. ABUAL–RAGHEB re 40 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Carl J. Nichols on 11/30/2021. (zstd) (Entered: 12/01/2021) |
| 12/01/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB: Upon review of the Defendant RASHA N. ABUAL–RAGHEBS 39 Motion to Alter Judgment, it is ORDERED that Motion is DENIED. The Court notes that under the terms of the judgment, Defendant is permitted to seek new housing during home detention. So Ordered by Judge Carl J. Nichols on 12/1/2021. (zcal) (Entered: 12/01/2021) |
| 12/14/2021 | 42 | NOTICE OF APPEAL – Final Judgment by RASHA N. ABUAL–RAGHEB Fee Status: No Fee Paid. Parties have been notified. (Amato, Elita) (Main Document 42 replaced on 12/15/2021) (zstd). (Entered: 12/14/2021) |
| 12/15/2021 | 43 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee was not paid as the defendant is represented by a CJA appointed attorney as to RASHA N. ABUAL–RAGHEB re 42 Notice of Appeal – Final Judgment. (zstd) (Entered: 12/15/2021) |
| 12/16/2021 | | USCA Case Number as to RASHA N. ABUAL–RAGHEB 21–3093 for 42 Notice of Appeal – Final Judgment filed by RASHA N. ABUAL–RAGHEB. (zstd) (Entered: 12/16/2021) |