PROB 12B
(6/21)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Individual Under Supervision: Rasha N Abual-Ragheb | Cr.: 21-00935-001 |
| | PACTS #: 7342653 |

Name of Sentencing Judicial Officer:   THE HONORABLE CARL J. NICHOLS
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer     THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/23/2021

Original Offense:   Federal Statutes, Other; Parading, Demonstrating, or Picketing in a Capitol Building
                    40 § 5104(e)(2)(G)

Original Sentence: 36 months' probation

Special Conditions: Location Monitoring Program, Community Service - Hours, Special Assessment, Restitution - Money

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: 11/23/2021 |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**MENTAL HEALTH TREATMEN**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

## CAUSE

On November 23, 2021, Ms. Abual-Ragheb was sentenced to 36 months' Probation. In addition to the standard conditions of Probation, the following special conditions were imposed: 60 hours of community service (to be completed within 6 months); Restitution obligation; and Home Detention for a period of two months.

Since being placed on supervised release, Ms. Abual-Ragheb has complied with the standard and special conditions imposed by the Court. She has complied with her location monitoring schedules; completed 58 hours of community service (balance of 2 hours remains) and she is enrolled in a certification program to

Prob 12B – page 2
Rasha N Abual-Ragheb

be a Medical Assistant. It should be noted that a condition of Mental Health Evaluation/Treatment was not recommended by the sentencing court. However, Ms. Abual-Ragheb was being treated for Depression and Anxiety while on Pretrial Services supervision and she was prescribed medication.

On November 30, 2021, a Transfer of Jurisdiction was initiated by the District of Columbia, and the case is assigned to Your Honor.

Ms. Abual-Ragheb was presented with a Waiver of Hearing to Modify the Conditions of Supervised Release (Probation Form 49), to include the above noted special condition.

The U.S. Probation Office is seeking this modification of her conditions of supervised release to assist her in dealing with her depression and anxiety. The special condition set forth will allow her to attend individual mental health counseling. The U.S. Probation Office will pay for all treatment services.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*
Digitally signed by Afonso Fernandes
Date: 2022.01.25 12:55:15 -05'00'

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED: _____
Digitally signed by Luis R. Gonzalez
Date: 2022.01.25 13:26:30 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

1/25/22
Date